IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40827
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HORACIO GARCIA-CASTRO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-97-CR-490-1
--------------------
July 29, 1999

Before JOLLY, DAVIS, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Horacio Garcia-Castro challenges the sufficiency of the evidence to support his convictions for conspiracy to possess with the intent to distribute cocaine and possession with intent to distribute cocaine. We have reviewed the record and the parties briefs, and AFFIRM. See United States v. Gonzales, 79 F.3d 413, 423 (5th Cir. 1996); see also United States v. Ayala, 887 F.2d 62, 68 (5th Cir. 1989).

AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.